3:16-cv-101-J-32JRK

UNITED STATES DISTRICT COURTS
MIDDLE DISTRICT OF FLORIDA

LEGAL MAIL PROVIDED TO FLORIDA STATE PRISON DATE 1/28/16 FOR MAILING. INMATES INITIALS

JAVIERI ENRIQUE ORDUNEZ,
   Plaintiff

V.

FLORIDA STATE PRISON
   ET. AL
   DEFENDANTS

2016 FEB -1 PM 3:15 CLERK US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA JACKSONVILLE FLORIDA FILED

EMERGENCY 1983 FEDERAL RIGHTS SUIT 42 USC !!

THE MIDDLE DISTRICT OF FLORIDA IS THE APPROPRIATE VENUE UNDER 28 U.S.C SECTION 1391 (B)(2) BECAUSE IT IS WHERE THE EVENTS GIVING RISE TO THESE CLAIMS OCCURRED.

Plaintiff JAVIERI ORDUNEZ, IS AND WAS AT ALL TIMES MENTIONED HEREIN A PRISONER OF THE STATE OF FLORIDA IN THE CUSTODY OF THE FLORIDA DEPARTMENT OF CORRECTIONS. HE IS CURRENTLY CONFINED IN FLORIDA STATE PRISON IN RAIFORD FLORIDA, @ 7819 NW 228TH Street 32026

DEFENDANTS

LIEUTENANT, THOMPSON
FLORIDA STATE PRISON
7819 NW 228TH Street
RAIFORD FLORIDA. 32026

CAPTAIN BARFEILD
FLORIDA STATE PRISON
7819 NW 228TH Street
RAIFORD FL. 32026

\* OFFICER Stickland Claim 1
FLORIDA State Prison
7819 NW 228TH Street
Raiford FL. 32026

NURSE ASBURY Claim 2
FLORIDA STATE PRISON
7819 NW 228TH Street
Raiford FL. 32026

NURSE Costa Claim 2
FLORIDA STATE PRISON
7819 NW 228TH Street
Raiford FL. 32026

\* CAPTAIN Hall Claim 3
FLORIDA state prison
7819 NW 228TH Street
Raiford FL. 32026

\* Officer ~~John Doe~~ Claim 3 ← OFFICER BRETT GILLESPIE
FLORIDA State Prison
7819 NW 228TH Street
Raiford FL. 32026

CAPTAIN STARLING Claim 3
FLORIDA STATE PRISON
7819 NW 228TH Street
Raiford FL. 32026

Plaintiff is moving this court to sue the defendants under 42 1983 U.S.C § for damages caused by LT.'s Officer, and Captains when he was a inmate at Florida State Prison DC# M69728. Plaintiff sustained injury(e)s of a bloody nose, busted lip, cuts and bruising on his risks, neck pain and rib cage pain followed by bruising and swelling.

## STATEMENT OF CLAIMS ONE

On January 14, 2016 at around 10:00 pm count time I was a inmate housed in B1119 at this time I was emotional stressed and depress. So I declared a suicide emergency at this time several shift supervisors and officers arrived at my cell door at that time I placed "8" VEIPROFIC ACIDS" 250 miligrams sike medication and swolled them in front of LT. Thompson, Captain Barfeild and officer Stickland trying to commit a possicable over dose at that time I was polled out of my cell hand cuffed to my weist and foot shackles and excorted by all 3 defendants to the medical wing emergency room. When we arrived LT. Thompson asked me what kind of medication had I just swolled. I then refused to answer him he then stated to me "OK so we are gon to play that game alright, I got you" at that time LT. Thompson opened handed me above my lip and my nose busting both of them. I then fell to the floor to bail up the best that I could to protect my self from further assault but do to me bein handcuff

to a chain around my weist I could not. At that time officer Stickland Lt. thompson and Captain Barfeild then began to pouch and kick me all over my back. Lt. thompson pouched me so hard ~~in my back~~ continuely on my left side of my back on my rib cage he may have fractured one of my ribs. Because I am in massive pain and I get a very sharp pain every time I lay on that side. After all 3 Defendants finished beating me Lt. thompson and Captain Barfeild wipe the blood from my Rish nose and lip. Captain Barfeild then stated to me. That if I snitched the next time I will be another dead inimate.

Lt. Thompson then left the "ER" and called the nurse. Nurse Asbury asked me what is my problem I then stated that I am all right. But nurse Asbury could see that I was all banged up. I told nurse Asbury I was alright because I was in fear that I would be beaten again. I was then excorted back to my cell. Stripped of all my personal property including mattress blankets. I was left to be on 72 hour property Ristriction in very cold weather hurt and in pain from the assault. grievance and incedent reports have been filed!

Case 3:16-cv-00101-TJC-JRK   Document 1   Filed 02/01/16   Page 5 of 7 PageID 5

DEFENDANTS ~~violated~~ violated my 8TH Amendment right of Cruel and Unsual punishment and deliBrately indeffirence to a serious medical need. Defendant's Refused to Report to the Nurses that I had just swolled 8 pill's tryin to commit a possiable overdose when I declared a suicide emergency. Instead I was beaten, injuryed and placed back in my cell with Massive headaches dizziness and vomiting from the possiable over dose of me taking the 8 velprofic acid 250 milgram pill's

### Statement of Claims two

On January 18, 2016 after defendant's in Claim one fhished beating me. Defendants Nurse Asbury and Nurse Costa heard me yelling and screaming for the defendants in claim one to stop hitting me. Defendants Nurse Asbury, Nurse Costa Refused to Report the abuse that had just occurred in the medical unit "ER" But instead acted like nothing happen. Nurse Asbury and Nurse Costa where delibrately indeffirence to my medical need Because they seen that I was injuryed and refused to assit my injuri/s. Knowing that the defendant in claim one had just fhished beating me. Defendants Asbury and Nurse Costa Also failed to interviven and stop defendants in claim one

from jumping on me. it was around 10:00 PM night time with no body in medical. Defendants Nurse Asbury and Nurse Costa could have intervened and stop them from beating me. They also refused to report the beating on me.

## Relief Requested

Plaintiff request from this court to award him from defendants LT Thompson, Captain Barfeild and Officer Stickland $100,000.00 from each defendant. Plaintiff request that this court award him from defendants Nurse Asbury and Nurse Costa $30,000.00 from each defendant. For the injuries sustained. And violations of deliberately indifference to a serious medical need. 8th Amendment violation of cruel and unusual punishment. Use of excessive force. Harsh conditions of confinement for freezeing the plaintiff in harsh cold weather and stripping the plaintiff of all his personal property and leaving him in pain in a pair of boxers.

## VERIFICATION

I have read the forgoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and as to those I believe them to be true. I certify under penalty of perjury that the forgoing is true and correct.

EXECUTED AT FLORIDA STATE PRISON ON __1/28__ 2016.

## CERTIFICATE OF SERVICE

I swear and affirm that this document was stamped, signed, sealed and mailed by U.S postal service to the United States District Court House for the Middle District of Florida on this __28__ day of __1/28/__ 2016.

Respectfully submitted
/s/ [signature]

JAVIER ENRIQUE ORDUNEZ
FLORIDA STATE PRISON
7819 NW 228TH Street
Raiford Florida 32026.
DC# M69728
Pro se Plaintiff