UNITED STATES DISTRICT COURTS
MIDDLE DISTRICT OF FLORIDA

JAVIER ENRIQUE ORDUNEZ,
        PLAINTIFF      CASE# 3-16-CV-00101-TJC
V.                                             JRK
FLORIDA STATE PRISON
ET AL
        DEFENDANTS

## AMENDED 1983 U.S.C § 42 Complaint!

Comes now JAVIER ENRIQUE ORDUNEZ, the plaintiff acting in pro se form AND respectfully moves this court on a Amended complaint 1983 U.S.C 42 §

Plaintiff is moving this court to sue the defendants under a 1983 42 U.S.C § for damages caused by officers and supervisors when he was a inmate at Florida State Prison DC# M69708. Plaintiff sustained injuries of swollen feist cuts on feist busted nose, lip, and a injured left rib cage. Plaintiff is suing all defendants in there INDIVIDUAL CAPACITYS

Plaintiff

Javier Enrique Ordunez
Union Correctional Institution
7819 NW 228th Street
Raiford, Florida, 32026
DC# M69728  V-3114S

Defendants

Captain Barfeild
Florida State Prison
7819 NW 228th Street
Raiford FL. 32026

Officer Stickland
Florida State Prison
7819 NW 228th Street
Raiford FL. 32026

Lt. Thompson
Florida State Prison
7819 NW 228th Street
Raiford FL. 32026.

Nurse Asbury
Florida State Prison
7819 NW 228th Street
Raiford FL. 32026

Nurse Costa
Florida State Prison
7819 NW 228th Street
Raiford FL. 32026

Captain W. Hall
Florida State Prison
7819 NW 228th Street
Raiford FL. 32026

Captain Starling
Florida State Prison
7819 NW 228th Street
Raiford FL. 32026

Officer B. Gillespie
Florida State Prison
7819 NW 228th Street
Raiford FL. 32026

## STATEMENT OF CLAIMS

Defendants violated Plaintiffs 8th Amendment right of cruel and unsaul punishment use of excessive force, Delibrate indeffirence to a serious medical need, Delibrate indeffirence to a serious risk of harm and danger failing to intervene.

## STATEMENT OF FACTS

### ONE

On January 18, 2016 around 10:00 pm count time at Florida State Prison I was a inmate house P/C cell B-1114-Single at that time I was stressed and depressed so I informed officer Stickland that I am declaring a juicide emergency at that time several officers and supervisiors arrived at my cell door and told me to cuff up. I then placed 8 Valproic acid 256 miligram size medication in my mouth and swolled all of them in front of L.t Thompson and Captain Barfeild and Officer ~~Barfeild~~ @ Stickland tryin to commit a possiable over dose. After I cuffed up and was excorted to the medical wing emergency room by all three defendants. When we arrived L.T Thompson asked me what kind of pills did I take. I then refused to answer him. He then stated "ok so we are going to play that game alright I got you. At that time L.t. Thompson then opened handed

me above my ~~nose~~ mouth and ~~the~~ nose striking my nose busting my nose and mouth. I then balled up and fall on the floor to protect my self from further assault but do to me being handcuffed to a weist chain and foot shackles I could not as I was on the floor L.T thompson, Officer Stickland, and Captain Barfeild then began to pouch and kick me all over my side and back for a total of 3 minutes L.T. thompson pouched me so hard in my left side of my ribs I am steel recieving medical attention because it is hard for me to sleep on that side and I have a very sharp pain I was x-rayed on ~~4/25/16~~ January 25, 2016 but was told that they are not broken but may be ~~bruised~~ bruised. After I was fhish being beaten by the Defendant's L.T thompson and officer Stickland picked me up off the floor and clean my bloody nose and lip. Captain Barfeild then stated to me that if I reported this abuse that I will be another dead inmate. From January 13 2016 to around January 29 2016 this LT Thompson and captain Barfeild have jumped on more then 14 other inmates in this same medical Emergency Room which has no camara and is a blind spot. which are now under investigation by the ~~attempt~~ inspector generals office. "complaints by other inmates"

Lt. Thompson then called in the nurse's. Nurse Asbury and Costa then arrived and asked me what my problem was. In fear that I would be killed or beaten again I told both defendants that I am fine. But both Nurse Costa and Nurse Asbury could see that I was banged up. And heard me screaming stop for defendants Lt. Thompson, Captain Barfeild and Officer Stickland to stop beating me. After I was escorted back to my cell B1119-single and stripped of all my property. Sheets blankets and left to suffer in my cell in the cold weather because my window barely closes I then began to vomit and had headachs and dizziness from the possiable over dose from me swollincy the medication. Grievances where exhausted at the first step and where approved. Defendants Lt. Thompson, Captain Barfeild and Officer Stickland used excessive force in violation of the 8th amendment. And where deliberately indifference to my serious medical need because I swolled 5 250 miligram sike pills and could have died from a possiable over dose they refused to let me get medical attention. And refused to report to the nurse that I just tryed to commit a possiable overdose.

## Statement of Facts
### two

On January 18, 2016 after defendants in claim one finished jumping on me defendants nurse Asbury and nurse Costa heard me yelling and screaming for the defendants to stop beating on me. Defendants Asbury and Costa refused to report the alleged beating that had just occurred in there medical wing Emergency Room but instead acted like nothing happen. Defendants nurse Asbury and nurse Costa where deliberately indifference to my medical needs because they seen that I was injured and refused to assit my injury/s and also knowing that I was just beaten by defendants LT Thompson, Captain Barfield and officer Strickland. Defendants also failed to intervene and stop the defendants from jumping on me. They are in charge of the medical wing and are responsiable for anything that happens in the medical unit. Defendants nurse Asbury and nurse Costa could have intervened but instead acted like nothing was going on. My complaint is not the first complaint against these officials but I am the 12 inmate in less then a week to report abuse on these same staff members and in this same medical unit emergency room. I exhausted my informal grievance which was approved. No further exhaustion needed on all claims.

## STATEMENT OF FACTS THREE

On January 19, 2016 I informed Captain Hall Officer Gillespie and Captain Starling that on the night before on January 18, 2016 I was beaten on by L.T Thompson, Captain Barfield and Officer Strickland at that time I was told by Captain Hall "so you are snitching" I then told Captain Hall ya I am snitching I am in pain and I was jumped on. He then stated to me as "I have to come back to your cell again be ready to run it because I am going to run my extraction team and let them beat on you to. 10 minutes later I popped my cell fire sprinkler causing a flood in the cell block Captain Hall, Captain Starling Officer Gillespie and a few others arrived at my cell door at that time I was told to cuff up. I then complied and cuffed up. at that time after I was handcuffed I threw my door food flap Officer Gillespie then stated I hope that you are ready for this ass beating. when my door opened I then stepped out of my cell only to be violately pushed back into my cell by officer gillespie I then caught my balance and pushed him back and dived out of my cell door to be in camara

@ view that are located in the hall ways and in fear that I would be beaten again if I am alone with no cameras in my cell with these staff members. Officers and captains again jumped and beat me while I was handcuffed injuring my already injuryed body from the night before after I was told by Captain Hall that now I can't prove that the shift last night abused me because he used nesscairy force as a cover up. Captain Hall Captain starling officer gillespie used execesive force in violation of the 8th amendments there force opened up my already cut up reist and caused me more pain to my already injuryed left rib cage defendants where also deliberate indefference to my serious medical need. @ After I was taken to medical where I declared my suicide emergency and reported the abuses to my site counsler Mr. grantem and was then placed in shos suicide observation and a incident report was documented. I also exhausted my informal grievance which was approved at the first step no further exhaustion needed.

## Relief Requested

Plaintiff request from this court to award him $56,000.00 from the defendants. $15,000.00 from L.T. Thompson, $10,000.00 a piece from Captain Barfield and Officer Stickland, $5,000.00 from Captain Hall, Captain Starling and Officer Gillespie, and $3,000.00 from Nurse Costa and Nurse Asbury for the violation of use of excessive force, deliberate indifference to a serious medical need, 8th Amendment violation of cruel and unusual punishment and failing to intervene.

Under penalty of perjury I swear and affirm that these facts are true and correct.

Respectfully submitted

_____
Javier Enrique Ordonez
Union Correctional Institution
7819 NW 228th Street
Raiford, FL 32026
Pro Se Plaintiff  DC# M69708

## Certificate of Service

I swear and affirm that this document was stamped, signed, sealed and mailed by U.S. Postal Services to the United States District Courts Middle District of Florida for filing on this 1 day of March 2016

Respectfully,

Javier Enrique Ordunez
Pro se Plaintiff
DC M69708
Union Correctional Institution
7819 N/W 228th Street
Raiford FL. 32026.